PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Aubrey D. Wilson                    Cr.: 18-00025-001
                                                     PACTS #: 2918453

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT E. PAYNE,
                                        SENIOR UNITED STATES DISTRICT JUDGE -NDVA

Name of New Judicial Officer:           THE HONORABLE WILLIAM H. WALLS,
                                        SENIOR UNITED STATES DISTRICT JUDGE - DNJ

Date of Original Sentence: 03/02/2011

Original Offense:    Possession of a Firearm After Having Been Convicted of a Crime Punishable by
                     Imprisonment for a Term Exceeding One Year

Original Sentence: 115 months imprisonment, 36 months supervised release

Special Conditions: No New Debt/Credit, Financial Disclosure, Drug and Alcohol Treatment/Treatment, Mental Health Treatment

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/07/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On February 3, 2018, the offender provided a urine sample which tested
                    positive for marijuana. The offender admitted to using marijuana and signed
                    an admission form.


U.S. Probation Officer Action:
The probation office verbally admonished the offender for his drug use. The probation office will increase the frequency of testing and this notice to the Court will serve as a written reprimand to the offender.

Respectfully submitted,

*Patrick Hattersley*

By: Patrick Hattersley
    Senior U.S. Probation Officer
Date: 03/12/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

14 March 2018
_____
Date