PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Aubrey D. Wilson                     Cr.: 18-00025-001
                                                                                                   PACTS #: 2918453

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT E. PAYNE,
                                                    SENIOR UNITED STATES DISTRICT JUDGE -NDVA

Name of New Judicial Officer:          THE HONORABLE WILLIAM H. WALLS,
                                                    SENIOR UNITED STATES DISTRICT JUDGE - DNJ

Date of Original Sentence: 03/02/2011

Original Offense:        Possession of a Firearm After Having Been Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Original Sentence: 115 months imprisonment, 36 months supervised release

Special Conditions: No New Debt/Credit, Financial Disclosure, Drug and Alcohol Treatment/Treatment, Mental Health Treatment

Type of Supervision: Supervised Release                  Date Supervision Commenced: 07/07/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                          On June 21, 2018 the offender provided a urine sample which tested positive for cocaine. On June 27, 2018, the offender admitted he used cocaine on June 24, 2018. He has signed an admission form each time.

U.S. Probation Officer Action:

The probation office has referred the offender to Door Into the Future, an outpatient substance abuse program located in Passaic, New Jersey. The offender has been warned additional drug use will result in a violation of supervised release report being filed with the Court.

                                                                                             Respectfully submitted,

                                                                            *Patrick Hattersley*

                                                                   By: Patrick Hattersley
                                                                       Senior U.S. Probation Officer
                                                                     Date: 07/02/2018

Prob 12A – page 2
Aubrey D. Wilson

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12 July 2018
_____
Date