PROB 12C
(4/17)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Aubrey D. Wilson  **Docket Number:** 18-00025-001
**PACTS Number:** 2918453

**Name of Sentencing Judicial Officer:**   THE HONORABLE ROBERT E. PAYNE,
SENIOR UNITED STATES DISTRICT JUDGE - EDVA

**Name of New Judicial Officer:**   THE HONORABLE WILLIAM H. WALLS,
SENIOR UNITED STATES DISTRICT JUDGE - DNJ

**Date of Original Sentence:** 03/02/2011

**Original Offense:**   Count 1: Possess a Firearm After Having Been Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

**Original Sentence:** 115 months imprisonment, 36 months supervised release

**Special Conditions:** No New Debt/Credit, Financial Disclosure, Drug and Alcohol Testing/Treatment, and Mental Health Treatment

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 07/07/2017

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To Be Assigned, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will** |

Prob 12C – page 2
Aubrey D. Wilson

**supervise your compliance with this condition.'**

On June 21, 2018, the offender provided a urine sample that tested positive for cocaine. On June 27, 2018, the offender also admitted to using cocaine. Because of these tests and admissions, the offender was referred to Door Into the Future for outpatient counseling. He had an intake interview on July 24, 2018, and provided another urine sample that tested positive for cocaine. To date, the offender has attended treatment sessions on July 24, 2018, July 31, 2018, August 2, 2018, August 6, 2018 and August 9, 2018. He has been urine screened at all sessions and has tested positive for cocaine each time.

The offender is adamant he has not been using cocaine and refutes the laboratory results.

I declare under penalty of perjury that the foregoing is true and correct.

*Patrick Hattersley*
By: Patrick Hattersley
Senior U.S. Probation Officer
Date: 08/09/2018

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing 13 Sep 2018 (as recommended by Probation)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

16 Aug 2018
Date