PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Aubrey D. Wilson                         Cr.: 18-00025-001
                                                           PACTS #: 2918453

Name of Sentencing Judicial Officer:   THE HONORABLE ROBERT E. PAYNE
                                       SENIOR UNITED STATES DISTRICT JUDGE – ED/VA

Name of New Judicial Officer:          THE HONORABLE WILLIAM H. WALLS,
                                       SENIOR UNITED STATES DISTRICT JUDGE – D/NJ

Date of Original Sentence: 03/02/2011

Original Offense:   Count 1: Possession of a Firearm After Having Been Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Original Sentence: 115 months imprisonment, 36 months supervised release

Special Conditions: No New Debt/Credit, Financial Disclosure, Drug and Alcohol Testing/Treatment, Mental Health Treatment, and Location Monitoring Program

Type of Supervision: Supervised Release             Date Supervision Commenced: 07/07/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On June 1, 2019, the Garfield Police Department discovered the offender had committed suicide.

U.S. Probation Officer Action:
Given the circumstances, we request to close the case.

                                                    Respectfully submitted,

                                                    *Luis R Gonzalez*
                                                    By: Patrick Hattersley
                                                         Senior U.S. Probation Officer
                                                    Date: 06/05/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Close the case due to the death of the offender (as recommended by the Probation Office).

☐ Other

_____
Signature of Judicial Officer

5 June 2019
_____
Date